UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| TAMIR CLARK #421853, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:16-cv-00037 |
| | ) | Chief Judge Crenshaw |
| CORRECTIONS CORPORATION OF AMERICA, *et al.*, | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge has issued a Report and Recommendation ("R & R") (Doc. No. 70) recommending that Defendants' unopposed Motion to Dismiss (Doc. No. 65) be granted. No objections have been filed to the R & R.

Having undertaken *de novo* review in accordance with Rule 72(b) of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition because Plaintiff's "Amended and Supplemental Complaint" fails to allege that the individual Defendants engaged in conduct that violated Plaintiff's constitutional rights, or that an official policy or custom existed so as to hold the corporate Defendant liable.

Accordingly, the Court rules as follows:

(1) The R & R (Doc. No. 70) is **ADOPTED**;

(2) Defendants' Motion to Dismiss (Doc. No. 65) is **GRANTED**;

(3) Defendants' Motion to Compel (Doc. No. 68) is **DENIED AS MOOT**; and

(3) This case is **DISMISSED WITH PREJUDICE**.

The Clerk of the Court shall enter final judgment in accordance with Rule 58 of the Federal

1

Rules of Civil Procedure.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE